# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **TEILL REYNOLDS,** )<br>Plaintiff, )<br> )<br>v. )<br>(FNU) MABLE, et al., )<br>Defendants. )<br> ) | CASE NO. 24-3132-JWL |

## MOTION FOR EXTENSION OF TIME

**COMES NOW**, the Kansas Department of Corrections (KDOC) as an interested party, through counsel, Victoria L. Toothaker, and moves the Court for an order extending the time to file the *Martinez* report ordered by the Court in this matter. In support of this motion, KDOC states as follows:

1. The Martinez report is currently due November 20, 2024.

2. Plaintiff's complaint contains allegations against several Centurion staff, some of which needing identified and information gathered from. Counsel has requested but has not yet received all the essential records to complete the *Martinez* report in this matter.

3. Counsel believes a 30-day extension will provide sufficient time to secure the records and complete the report. The interest of justice will be served by granting this extension in that Counsel will be able to provide meaningful information to the Court to assist in the resolution of the case.

4. This is counsel's first request for an extension in this matter. Counsel has not consulted with plaintiff pro se before filing this motion.

WHEREFORE, KDOC requests a 30-day extension, or until December 18, 2024, to file the *Martinez* report ordered in this case.

                              Respectfully submitted,

                              */s/ Victoria L. Toothaker*
                              Victoria L. Toothaker, KS No. 29010
                              Legal Counsel
                              Kansas Department of Corrections
                              714 SW Jackson St., Suite #300
                              Topeka, Kansas 66603
                              Tel: (785) 670-0019
                              Email: Victoria.Toothaker@ks.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th of November 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Teill Reynolds, #00104857
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
Plaintiff *pro se*

    */s/ Victoria L. Toothaker*
    Victoria L. Toothaker, #29010