IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TEILL REYNOLDS,**

    **Plaintiff,**

    v.                                                                                   **CASE NO. 24-3132-JWL**

**(FNU) MABLE, et al.,**

    **Defendants.**

**SERVICE ORDER**

This matter is a civil rights action filed by a prisoner or pretrial detainee. The Clerk of the Court shall notify Centurion of this Service Order. The Court requests that the following Defendant(s) waive formal service of process: Mabel Adams and Bryan Wilson.

Centurion shall have **thirty (30) days** from entry of this Service Order to file a Waiver of Service Executed and/or a Waiver of Service Unexecuted. Upon the electronic filing of the Waiver of Service Executed, the Defendant(s) listed above shall have **sixty (60) days** to file an answer or other responsive pleading. Any answer deadline set forth in the docket entry for the waiver of service is not controlling.

In those cases where a Waiver of Service Unexecuted is filed, Centurion shall have **ten (10) days** from the filing of the Waiver of Service Unexecuted, to supply the Clerk of Court with the last known forwarding addresses for former employees, said addresses to be placed under seal and used only for the purpose of attempting to effect service of process. Centurion shall use the event "SEALED Notice of Last Known Addresses of Centurion Employees" to submit the sealed addresses to the Court.

2

Copies of this Service Order shall be transmitted to Centurion's Deputy Chief Legal Officer.

**IT IS SO ORDERED.**

Dated February 5, 2025, at Kansas City, Kansas.

<u>**S/ John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**