IN The United States District Court of Kansas

Terill Reynolds

24-3132-JWL

V

Mobil

Letter

I Filed A Motion to Appoint Counsel has the District Court Appointed Me Counsel And Who Is She/he Because I would like to Request a Continuous until Counsel Is Appointed.