SANDBERG**PHOENIX**

Taylor J. Jurgens
*Attorney*

4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Tel: 816.425.9733
Fax: 816.627.5532
tjurgens@sandbergphoenix.com
www.sandbergphoenix.com

September 30, 2025

Teill Reynolds #104857
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

Re:    Teill Reynolds v. Mabel Adams, et al., Case No. 24-3132-JAR-BGS

Dear Mr. Reynolds:

I received your letter dated September 29, 2025, in which you indicate that you did not receive Defendants' response to your Motion for Summary Judgment. In response to your Motion for Summary Judgment, we filed a Motion to Strike on August 20, 2025. While I believe we mailed our Motion to Strike to you on the same day, in the event you did not receive it, I am resending you a copy of that motion.

Regarding Dr. Wilson's responses to your Requests for Admission, those were mailed to you on September 22, 2025, along with Ms. Adams's responses.

Very truly yours,

*/s/ Taylor J. Jurgens*

Taylor J. Jurgens

TJJ:bw

41120647.v1

October 8, 2025

Re: Reynolds 2000073386

To whom it May Concern:

Mr. Reynolds, who is incarcerated at Lansing Correctional Facility, is currently on my caseload, in Unit B2.

He received legal mail from Sandberg Phoenix Taylor Jurgens attorney about Case No 24-3132-JAR-BGS on 9/30/25. The letter stated that the admission response from Dr. Wilson was sent on September 22, 2025.

Unfortunately, Mr. Reynolds never received that information. Please keep in mind that Mr. Reynolds is at the mercy of Lansing Correctional Facility.

Thank you,

**Amanda Hobbs**

**LCF- Correctional Counselor -B2**

**Kansas Department of Corrections**